**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** Billie J. Levan<br>    aka Billie Cardozo<br>    aka Billie J Cardozo<br><br>                    **Debtor** | **BK NO. 18-04426 JJT**<br><br>**Chapter 13** |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Quicken Loans Inc. and index same on the master mailing list.

                                                        Respectfully submitted,

                                                        **/s/ James C. Warmbrodt, Esquire**
                                                        James C. Warmbrodt, Esquire
                                                        KML Law Group, P.C.
                                                        BNY Mellon Independence Center
                                                        701 Market Street, Suite 5000
                                                        Philadelphia, PA  19106
                                                        215-627-1322