IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-bk-04426-RNO |
| | : | |
| Billie J Levan | : | |
| Debtor(s) | : | Chapter 13 |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## NOTICE FOR WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Lisa Cancanon, of the firm Weinstein & Riley, P.S., hereby withdraws as counsel of record for USAA Federal Savings Bank in this bankruptcy proceeding. The undersigned attorney requests removal from the notice list in this case and acknowledges that this will result in paper and electronic notices being discontinued.

Date: 6/30/2020

Attorney: /s/ Lisa Cancanon
Lisa Cancanon, Bar No. 323550
Weinstein & Riley, P.S.
11101 West 120th Ave, Ste 280
Broomfield, Colorado 80021
Phone: (303) 539-8607
Email: lisac@w-legal.com

# CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2020, I served a copy of *NOTICE FOR WITHDRAWAL OF COUNSEL* on the following parties via first class mail or caused them to be served with a Notice of Electronic Filing.

<u>Trustee via E-Filing</u>
Charles J DeHart, III (Trustee)
dehartstaff@pamd13trustee.com

<u>Debtor's Counsel via E-Filing</u>
Robert Spielman
bobspielman@yahoo.com

<u>U.S. Trustee via E-Filing</u>
United States Trustee
ustpregion03.ha.ecf@usdoj.gov

<u>Debtor via First-Class Mail</u>
Billie J Levan
230 W 12th St
Bloomsburg, PA 17815

/s/Jordyn Robertson
Jordyn Robertson
Weinstein & Riley, P.S.
2001 Western Avenue, Suite 400
Seattle, WA 98121
Phone: 206-269-3490