# UNITED STATES BANKRUPTCY COURT
## Eastern District of Pennsylvania

In re:  Billie J. Levan                                    Case No. 5:18-bk-04426-MJC


### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE THAT, Secured Creditor requests the Court update its mailing matrix and Claims Register to reflect the appropriate notice and payment addresses listed below.

<u>USAA Federal Savings Bank</u>                          Court Claim #: 10-1
Name of Secured Creditor


Old Address of Secured Creditor:

   C/O Weinstein & Riley, PS
   2001 Western Ave,
   Suite 400
   Seattle, WA 98121


New Name and/or Address where NOTICES to Secured Creditor

   Robertson, Anschutz, Schneid, Crane & Partners, PLLC
   10700 Abbott's Bridge Road, Suite 170
   Duluth, GA  30097
   Phone: 470-321-7112


Name and/or Address where PAYMENTS to Secured Creditor
should be sent (if different from above):

   Consumer Payment Processing
   Robertson, Anschutz, Schneid, Crane & Partners, PLLC
   PO Box 272310
   Boca Raton, FL  33427
   Phone: 561-241-6901


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Charles G. Wohlrab                    Date: 11/03/2021
Charles G. Wohlrab
     Agent for Secured Creditor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on <u>November 05 , 2021</u>, I electronically filed the foregoing with the

Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or

United States Mail to the following parties:

Billie J Levan
230 W 12th St
Bloomsburg, PA 17815

And via electronic mail to:

Robert Spielman
29 E Main St Ste D
Bloomsburg, PA 17815

Jack N Zaharopoulos (Trustee)
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Asst. U.S. Trustee
United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

By: /s/ Riley Martinez