# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    BILLIE J LEVAN
              AKA: BILLIE J CARDOZO, BILLIE
              CARDOZO

                        CHAPTER 13

                Debtor(s)

              JACK N. ZAHAROPOULOS        CASE NO: 5-18-04426-MJC
              CHAPTER 13 TRUSTEE
                    Movant

## CERTIFICATE OF CONCURRENCE

AND NOW, on  June 23, 2022, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his Attorney, Agatha R. McHale, Esquire, and certifies that Debtor(s) Attorney, Robert Spielman, Esquire, concurs with the Trustee's Withdrawal of Trustee's Motion to Dismiss filed on 06/22/2022.

Dated:  June 23, 2022              Respectfully submitted,

                                    /s/ Agatha R. McHale, Esquire
                                    ID: 47613
                                  Suite A, 8125 Adams Drive
                                  Hummelstown, PA  17036
                                  Phone:(717) 566-6097
                                  Fax:  (717) 566-8313
                                  eMail:  info@pamd13trustee.com