United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 18-04426-MJC
Billie J Levan  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2
Date Rcvd: Jul 01, 2022      Form ID: pdf010      Total Noticed: 10

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Billie J Levan, 230 W 12th St, Bloomsburg, PA 17815-3608 |
| | + | Amber Kenney Manager, Bloomsburg Municipal Authority, 1000 Market St, Bloomsburg PA 17815-2600 |
| | + | Beverly Dietrich Tax Collector, 301 E 2nd St, Bloomsburg PA 17815-1963 |
| | + | Bob Walters President, Quicken Loans Inc, 635 Woodward Ave, Detroit MI 48226-3408 |
| | + | Chris Young, Columbia County Board of Commissioners, 11 W Main St, Bloomsburg PA 17815-1702 |
| | + | David Heim Director, Columbia County Tax Claim Bureau, 11 W Main St, Bloomsburg PA 17815-1702 |
| | + | Jack N Zaharopoulas, 8125 Adams Dr Ste A, Hummelstown PA 17036-8625 |
| | + | Jonathan J Cleaver Superintendent, Bloomsburg Area School District, 728 East Fifth St, Bloomsburg PA 17815-2305 |
| | + | Justin Hummel Mayor, Town of Bloomsburg, 301 E 2nd St, Bloomsburg PA 17815-1963 |
| | + | Rebecca A Solarz, Atty for Quicken Loans Inc, KML Law Group, 701 Market St, Philadelphia PA 19106-1538 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor QUICKEN LOANS INC. bnicholas@kmllawgroup.com |
| Charles G. Wohlrab | on behalf of Creditor USAA Federal Savings Bank cwohlrab@raslg.com |

| | |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor QUICKEN LOANS INC. bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor QUICKEN LOANS INC. bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com |
| Robert Spielman | on behalf of Debtor 1 Billie J Levan bobspielman@yahoo.com rssecty@yahoo.com;spielman.robertr106381@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re
Billie Cardozo-LeVan fna Billie J Levan
aka Billie J Cardozo aka Billie Cardozo
    Debtor                                    Case No 5:18-bk-04426-MJC

Billie Cardozo-LeVan fna Billie J Levan
aka Billie J Cardozo aka Billie Cardozo
    Movant
v

Quicken Loans Inc
Columbia County
Bloomsburg Area School District
Bloomsburg Municipal Authority
Town of Bloomsburg
Jack N Zaharopoulas Trustee
    Respondents

## ORDER

Upon consideration of the MOTION OF DEBTOR FOR SALE OF REAL PROPERTY NOT IN THE ORDINARY COURSE OF BUSINESS IN ACCORDANCE WITH SECTION 363(b)(1) OF THE CODE (the "Motion"), the relief sought in the Motion is granted, and Debtor is permitted to sell the Premises that are the subject of the Motion to Ashley M DeRose for the sum of $240,000, not in the ordinary course of the Debtor's business, in accordance with Section 363(b)(1) of the Code; and the following items shall be paid at closing, in the following order: a) legal fees and expenses incurred by Debtor's counsel as a consequence of this transaction in the amount of $1465; b) a broker's fee of 6%; c) all real estate taxes prorated as of the date of closing; d) transfer taxes and recording expenses, e) the full amount of the mortgage of Quicken Loans Inc, as certified in writing by Quicken Loans Inc or its authorized representative, f) the exemption of the Debtor in the amount of $24,844, and g) with the remainder to be paid to the Chapter 13 Trustee, who will pay the remaining unpaid allowed claims in this case together with the authorized fees of the Chapter 13 Trustee, and then remit the excess back to the Debtor.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: July 1, 2022